FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2017 FEB 27 A 8: 46

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) DOCKET NO. 1:17-mj- 91 - TCB |
| MICHELLE F. FAYAK | ) INITIAL APPEARANCE: April 3, 2017 |

CRIMINAL INFORMATION

COUNT I – Misdemeanor

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 16, 2016, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, MICHELLE F. FAYAK, did assault by striking, beating, or wounding, CHRISTINE A. HASSELIUS.

(In violation of Title 18 U.S. Code, Section 113(a)(4)).

## COUNT II – Misdemeanor

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 16, 2016, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, MICHELLE F. FAYAK, did assault by striking, beating, or wounding, VIEANNA D. HUERTAS.

Fort Belvoir, VA

Date February 23, 2017

DANA J. BOENTE
UNITED STATES ATTORNEY

By: *[signature]*

Samuel D. Cardick
Special Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)805-4407
Fax (703) 805-1042
samuel.d.cardick.mil@mail.mil

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2017, I caused to be mailed, a true and accurate copy of the Criminal Information herein filed to the defendant's home of record.

SAMUEL D. CARDICK
Special Assistant U.S. Attorney